UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-70 (KSH) |
| v. | : | |
| DWAYNE HAYES | : | ORDER |

THIS MATTER having come before the Court on the application of the defendant Dwayne Hayes for an Order to release the records of Xzavier Dwayne Hayes from the New Jersey Department of Youth and Family Services ("DYFS"), and for good cause shown,

IT IS on this 26th day of October, 2010, ORDERED that this Application be and hereby is GRANTED. IT IS further ORDERED:

1. that DYFS shall produce all records in its possession regarding Xzavier Dwayne Hayes to counsel for Mr. Hayes and to the United States Probation Office;

2. that DYFS shall provide these records within fifteen (15) calendar days of service of this Order;

3. that should DYFS determine that the disclosure of the requested documents potentially violates the confidentiality of any other person(s), DYFS shall produce those documents to the Court for an in camera review and determination regarding their disclosure;

4. that any records disclosed by DYFS shall be used only in the pending criminal matter and shall not be used in any other matter, nor disclosed to

any party or entity in the absence of a further Order of this Court, and then only upon proper notice to the Office of the Attorney General and to the New Jersey Department of Youth and Family Services;

4. that information contained in or deprived from the disclosed materials shall not be disclosed to any other person for any other reason nor disseminated or made public by any means, direct or indirect; and

5. that the use of information contained or derived from the disclosed materials for any purpose other than that set forth above shall be a violation of this Corder and subject to the contempt powers of this Court.

KATHARINE S. HAYDEN
United States District Court Judge