UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-70 (KSH) |
| v. | : | |
| DWAYNE HAYES | : | ORDER |

THIS MATTER having come before the Court on the application of the defendant Dwayne Hayes, by his attorneys, the Office of the Federal Public Defender (K. Anthony Thomas, Assistant Federal Public Defender, appearing) for Orders to Show Cause and Contempt of Court against the New Jersey Department of Youth and Family Services ("DYFS"), and for good cause shown,

IT IS on this 14th day of January, 2011, ORDERED:

1. that DYFS, Lisa J. Rusciano, Deputy Attorney, or an equivalent representative shall appear for a hearing on the 1st day of February, 2011, at 2:00 pm; and

2. that DYFS, Lisa J. Rusciano, Deputy Attorney, or an equivalent representative shall bring the requested documents that were the subject of the Court's Order of October 26, 2010.

KATHARINE S. HAYDEN
United States District Court Judge