UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 10-70 |
| DWAYNE HAYES | : | **ORDER** |

This matter having come before the Court on the petition of the United States Office of Probation for a hearing regarding defendant DWAYNE HAYES' alleged failure to comply with conditions of supervised release, K. Anthony Thomas, Assistant Federal Public Defender, appearing; the Court having considered the arguments of the parties and testimony adduced in connection with the alleged violations; and for good cause shown

WHEREFORE, IT IS on this 22nd day of October 2013,

ORDERED that the defendant is adjudged guilty of Violation Number 1 of the Petition for Violation of Supervised Release, filed October 10, 2013;

IT IS FURTHER ORDERED that Violation Number 2 be and hereby is dismissed with prejudice;

IT IS FURTHER ORDERED that the defendant hereby is committed to the custody of the Bureau of Prisons for a term of 24 months, and shall self-surrender to the custody of the U.S. Marshal for the District of New Jersey no later than October 30, 2013, unless otherwise ordered by the Court; and

IT IS FURTHER ORDERED that the previously imposed term of supervised release is revoked; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN
United States District Judge